1 | Gary M. Messing, Bar No. 075363
  | James W. Henderson, Jr., Bar No. 071170
2 | **CARROLL, BURDICK & McDONOUGH LLP**
  | Attorneys at Law
3 | 980 9th Street, Suite 380
  | Sacramento, California 95814
4 | Telephone:    916.446.5297
  | Facsimile:     916.448.5047

Attorneys for Plaintiff OSCAR CARTER II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| OSCAR CARTER II,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF FRESNO,<br><br>   Defendant. | Case No. 1:13-CV-00774-BAM and the following action numbers:<br><br>1:13-CV-00775-BAM<br>1:13-CV-00778-BAM<br>1:13-CV-00783-BAM<br>1:13-CV-00784-BAM<br>1:13-CV-00790-BAM<br>1:13-CV-00795-BAM<br>1:13-CV-00797-BAM<br>1:13-CV-00829-BAM<br>1:13-CV-00902-BAM<br>1:13-CV-00972-BAM<br>1:13-CV-00973-BAM<br>1:13-CV-00989-BAM<br>1:13-CV-01001-BAM<br>1:13-CV-01003-BAM<br>1:13-CV-01004-BAM<br>1:13-CV-01006-BAM<br>1:13-CV-01007-BAM<br>1:13-CV-01009-BAM<br><br>**STIPULATION AND ORDER CONTINUING TELEPHONIC STATUS CONFERENCES**<br><br>Judge:    Hon. Barbara A. McAuliffe<br>Date:     December 10, 2014<br>Time:    9:00 a.m.<br>Crtrm.:   8 |

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA202650-1                                                                 Case No. 1:13-CV-00774-BAM

STIPULATION AND ORDER CONTINUING TELEPHONIC STATUS CONFERENCES

1    THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

2    That due to a scheduling conflict involving Plaintiffs' counsel, the Telephonic Status

3 Conferences set in the above-captioned matters on December 10, 2014 at 9:00 a.m. in Courtroom

4 8 be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge

5 Barbara A. McAuliffe.

7 DATED: December 8, 2014        Respectfully submitted,

8                                 CARROLL, BURDICK & McDONOUGH LLP
                                  Attorneys at Law

11                                By:
                                      /s/ James W. Henderson, Jr.
12                                    James W. Henderson, Jr.
                                      Attorneys for Plaintiffs

14   DATED: December 8, 2014      Respectfully submitted,

15                                MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                  CARRUTH LLP

17                                By:
                                      /s/ Michael G. Woods
18                                    Michael G. Woods
                                      Attorneys for Defendant

**ORDER**

Based on the Stipulation of the parties, IT IS ORDERED that the Telephonic Status Conferences in the above-captioned matters be continued to December 17, 2014 at 9:00 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Plaintiffs' counsel shall make arrangements with AT&T (1-800-232-1234) operator and have one conference call, with ALL counsel on the line, (if counsel does not have conference call capabilities on their telephone systems), and shall initiate the call at the designated time. After all parties are on the line, the call should then be placed to Judge McAuliffe's chambers at (559) 499-5789.

IT IS SO ORDERED.

Dated:   **December 9, 2014**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE