Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:   916.446.5297
Facsimile:   916.448.5047

Attorneys for Plaintiff OSCAR CARTER II

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| OSCAR CARTER II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　Defendant. | Case No. 1:13-CV-00774-BAM and the following action numbers:<br><br>1:13-CV-00775-BAM<br>1:13-CV-00778-BAM<br>1:13-CV-00783-BAM<br>1:13-CV-00784-BAM<br>1:13-CV-00790-BAM<br>1:13-CV-00795-BAM<br>1:13-CV-00797-BAM<br>1:13-CV-00829-BAM<br>1:13-CV-00902-BAM<br>1:13-CV-00972-BAM<br>1:13-CV-00973-BAM<br>1:13-CV-00989-BAM<br>1:13-CV-01001-BAM<br>1:13-CV-01003-BAM<br>1:13-CV-01004-BAM<br>1:13-CV-01006-BAM<br>1:13-CV-01007-BAM<br>1:13-CV-01009-BAM<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DETERMINE THE PRECLUSIVE EFFECT OF JUDGE WANGER'S MEMORANDUM DECISION RE: MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. Barbara A. McAuliffe<br>Date:    April 10, 2015<br>Time:    9:00 a.m.<br>Crtrm.:   8 |

CARROLL, BURDICK &
MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA204023-1                                                                                 Case No. 1:13-CV-00774-BAM

STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO DETERMINE

1       THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

2       1.      That the attorneys at Carroll, Burdick & McDonough LLP who have been handling

3  the matters listed on the caption are leaving that firm effective April 5, 2015 to join the new firm

4  Messing Adam & Jasmine LLP, who will be substituting in as counsel of record for the Plaintiffs

5  in the 18 actions listed in the caption;

6       2.      That obtaining and filing the substitutions of counsel will not be accomplished by

7  April 10, 2015, the date for the hearing on Plaintiffs' Motions to Determine the Preclusive Effect

8  of Judge Wanger's Memorandum Decision Re: Motions for Summary Judgment; and

9       THEREFORE, THE PARTIES HEREBY STIPULATE that the hearing on these Motions

10 be continued from April 10, 2015 at 9:00 a.m. to May 1, 2015 at 2:00 p.m. in Courtroom 8 before

11 Magistrate Judge Barbara A. McAuliffe.

13  DATED: April 3, 2015            Respectfully submitted,

                                    CARROLL, BURDICK & McDONOUGH LLP
                                    Attorneys at Law


                                    By:
                                         /s/ James W. Henderson, Jr.
                                         James W. Henderson, Jr.
                                         Attorneys for Plaintiffs

20  DATED: April 3, 2015            Respectfully submitted,

                                    MCCORMICK, BARSTOW, SHEPPARD, WAYTE &
                                    CARRUTH LLP


                                    By:
                                         /s/ Michael G. Woods
                                         Michael G. Woods
                                         Attorneys for Defendant

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA204023-1                          -2-                          Case No. 1:13-CV-00774-BAM
STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO DETERMINE

**ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefore,

IT IS SO ORDERED that the hearing on the Motions to Determine the Preclusive Effect of Judge Wanger's Memorandum Decision Re: Motions for Summary Judgement for the cases identified in the caption above are hereby ordered continued from April 10, 2015 at 9:00 a.m. to May 1, 2015 at 2:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.

Dated:  **April 6, 2015**               /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE

CARROLL, BURDICK & MCDONOUGH LLP
ATTORNEYS AT LAW
SACRAMENTO

CBM-SAC\SA204023-1                              -3-                     Case No. 1:13-CV-00774-BAM
STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO DETERMINE