1 McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 Michael G. Woods, #58683
Christina C. Tillman, #258627
3 7647 N Fresno Street
Fresno, California 93720
4 Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300
5
Attorneys for Defendant COUNTY OF FRESNO
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  REX GARCIA, | Case No. 1:13-CV-00783 BAM |
| 12         Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION** |
| 13      v. | |
| 14  COUNTY OF FRESNO, | |
| 15         Defendant. | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

IT IS HEREBY STIPULATED by and between Plaintiff REX GARCIA and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff REX GARCIA waives all rights of appeal in connection with this action and that all parties shall bear their own costs and attorney's fees.

Dated: September 22, 2016

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Christina C. Tillman
Michael G. Woods
Christina C. Tillman
Attorneys for Defendant COUNTY OF FRESNO

Dated: September 30, 2016

MESSING, ADAM & JASMINE, LLP

By: /s/ James W. Henderson, Jr.
James W. Henderson, Jr.
Attorneys for Plaintiff
REX GARCIA

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION

**ORDER**

Based on the Stipulation of the parties hereto, the Declaration of James W. Henderson, Jr. Esq. in Support of Settlement, the Court's review of the Settlement Agreement, the Court's knowledge of the case and good cause appearing therefor,

The Court hereby approves the settlement between the Defendant and the Plaintiff and IT IS ORDERED that the Complaint of Plaintiff REX GARCIA, is dismissed with prejudice and that Plaintiff REX GARCIA has waived any right of appeal in connection with this matter. The respective parties shall each bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **November 1, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

STIPULATION FOR DISMISSAL WITH PREJUDICE, WAIVER OF RIGHTS OF APPEAL AND ORDER APPROVING SETTLEMENT AND DISMISSING ACTION